UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE POWE,<br><br>        Petitioner,<br><br>    v.<br><br>MARTIN D. BITER,<br><br>        Respondent. | No. 2:15-cv-2639 GGH P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order of January 29, 2016, petitioner was directed to file an in forma pauperis affidavit or pay the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner has now submitted the appropriate forms in support of a request to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

////

////

////

////

1

1   In accordance with the above, IT IS HEREBY ORDERED that: Petitioner's February 16,
2   2016 (ECF No. 6) motion to proceed in forma pauperis is granted.
3   Dated: February 22, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/powe2639.ifp