UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE POWE,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN D. BITER,<br><br>    Respondent. | No. 2:15-cv-02639-GEB-GGH<br><br><br><u>ORDER</u> |

Petitioner brings this habeas corpus petition in pro se and in forma pauperis. The matter was referred to the Magistrate Judge pursuant to Eastern District of California Local Rule 302(c)(17).

On January 4, 2018 the Magistrate issued Findings and Recommendations recommending that petitioner's Motion for Reconsideration, ECF No. 25, to revisit earlier Findings and Recommendations pursuant to Federal Rule of Civil Procedure 52(b) should be denied and granted petitioner 14 days from the date of the Order to file any objections. ECF No. 21. In that document the Magistrate informed petitioner that a failure to object could result in a waiver of his right to appeal the District Court's Order. No objections have been received.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the District Judge has conducted a de novo review of this case. Having reviewed the file, the Magistrate Judge's findings and recommendations the court ADOPTS the findings and

1

recommendations in full.

Accordingly, IT IS HEREBY ORDERED that: Petitioner's Motion for Reconsideration is DENIED;

IT IS SO ORDERED.

Dated: January 23, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge